UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

CARRI A. LOPEZ-MULVANEY, individually
and as Personal Representative of the
ESTATE OF RANDALL C. MULVANEY, and
CONNOR MULVANEY,

        Plaintiffs,

C&L CONTRACTING, INC., and
AMERICAN INTERSTATE INS. CO.,

        Involuntary Plaintiffs,

v.

FRASER SHIPYARDS, LLC,
ANDRIE LLC, HOLCIM (US) INC.,
ANCHOR CONSULTING, LLC, and
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Defendants.

Case No. 23-cv-00789

---

## JOINT MOTION TO MODIFY PRETRIAL CONFERENCE SCHEDULING ORDER

---

The Plaintiffs, Carri A. Lopez-Mulvaney, individually and on behalf of the Estate of Randall C. Mulvaney, and Connor Mulvaney ("Plaintiffs"), Defendant Anchor Consulting, LLC ("Anchor"), Defendants/Third-Party Plaintiffs Fraser Shipyards, LLC ("Fraser"), Andrie, LLC ("Andrie"), Holcim (US) Inc. ("Holcim), and Travelers Property Casualty Company of America ("Travelers") (together with Fraser, Andrie, Holcim, and Anchor, "Defendants"), Involuntary Plaintiff/Third-Party Defendant C&L Contracting, Inc. ("C&L"), and Involuntary Plaintiff American Interstate Insurance Company ("American Interstate") (collectively, the "Parties")

1

respectfully move the court pursuant to Fed. R. Civ. P. 16(b)(4) to amend the entirety of the Preliminary Pretrial Conference Order (ECF 60). In support of their joint motion, the Parties state as follows:

1.   Plaintiffs filed their First Amended Complaint on March 7, 2025. (ECF 67.)

2.   On February 19, 2025, Plaintiffs served written discovery requests on Fraser, Holcim, Andrie, and C&L.

3.   Due to ongoing discovery and extensions granted Fraser, Andrie, Holcim, and C&L, the Parties previously agreed to enlarge all expert disclosure deadlines and filed a notice with the Court stating the same on April 28, 2025 (ECF 82).

4.   The revised expert disclosure deadlines are the following:

   a.   Plaintiffs: July 1, 2025

   b.   Defendants: September 15, 2025

   c.   Third-Party Defendants: October 14, 2025

5.   Fraser responded to Plaintiffs' written discovery requests on April 2, 2025 and supplemented its document production on May 30, 2025.

6.   Andrie responded to Plaintiffs' written discovery requests on June 4, 2025

7.   Holcim responded to Plaintiffs' written discovery requests on June 4, 2025.

8.   C&L responded to Plaintiffs' written discovery requests on May 7, 2025.

9.   In the most recent document production, Holcim produced 1,035 pages of documents and Andrie produced 7,538 pages of documents.

10.   Fraser has represented that it intends to produce more documents responsive to Plaintiffs' discovery requests.

11.     The Parties have met and conferred as to the deadlines set forth in the Preliminary Pretrial Conference Order.

12.     The Parties agreed that additional time to disclose experts will be necessary due to the voluminous discovery recently produced by Andrie and Holcim as well as the yet to be produced additional documents from Fraser.

13.     However, if deadlines are extended to the necessary amount of time to review the recent document production, any revised deadline begins to encroach on the dispositive motion deadline set forth in the Preliminary Pretrial Conference Order.

14.     That pursuant to the Preliminary Pretrial Conference Order, the parties cannot modify the expert disclosure deadline if it affects other deadlines.

15.     The Parties further agree that with the forthcoming filing of Plaintiffs' Second Amended Complaint, that it is in the interest of justice to abandon the Preliminary Pretrial Conference Order in its entirety, allow additional parties to be joined, and set a new preliminary pretrial conference order.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion to Modify the Pretrial Conference Scheduling Order and schedule a conference with the Court to set a new scheduling order after additional parties have been joined.

Dated: <u>June 17, 2025</u>        **THE ROSE GROUP, S.C.**

By: <u>*/s/ Thomas J. Lonzo*</u>
Thomas J. Lonzo
WI State Bar No. 1000826
Andrew R. Campbell
WI State Bar No. 1119193
1134 N. 9th Street, Suite 220
Milwaukee, WI 53233
Phone: (414) 274-1400

3

Fax: (844) 273-1311
Email: tjl@rosegrouplaw.com
           arc@rosegrouplaw.com

**BENDER, LARSON, CHIDLEY,
KOPPES & ASSOCIATES, S.C.**

By: */s/ Christopher K. Koppes*
Christopher J. Koppes
WI State Bar No. 1072178
138 Hospital Drive, Suite 100
Watertown, WI 53098
Phone: (920) 261-7626
Fax: (920) 261-1249
Email: ckoppes@blcklaw.com

*Attorneys for Plaintiffs*

**CLYDE & CO US LLP**

By: */s/ Michael J. Roman*
Siobhan Murphy
Michael J. Roman
Dawn L. Johnson
Vincent P. Tomkiewicz
WI State Bar No. 1012778
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
Phone: (312) 635-7000
Email: Siobhan.murphy@clydeco.us
           Michael.roman@clydeco.us
           Dawn.johnson@clydeco.us
           Vincent.tomkieqicz@clydeco.us

James H. Rodgers
Clyde & Co US LLP
The Chrysler Building
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: James.Rodgers@clydeco.us

*Attorneys for Fraser Shipyards, Holcim, Andrie,
and Travelers Property Casualty Company of
America*

4

**CRIVELLO, NICHOLS & HALL, S.C.**

By: */s/ William E. Keeler*
Jeffrey T. Nichols
WI State Bar No. 1001631
Willaim E. Keeler III
WI State Bar No. 1059791
Samuel Peter Aschliman
WI State Bar No. 1122109
701 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53202
Phone: (414) 271-7722
Email: jnichols@crivellolaw.com
  wkeeler@crivellolaw.com
  saschliman@crivellolaw.com


**ZIMMERMAN & STEBER LEGAL GROUP**

By: */s/ Kurt R. Andeson*
Kurt R. Anderson
WI State Bar No. 1021046
385 Williamstowne, Suite 207
Delafield, WI 53018
Phone: (262) 646-4850
Email: kanderson@zslegal.com

*Attorneys for C&L Contracting, Inc.,*
*as Third-Party Defendant*


**LeBAS LAW OFFICES**

By: */s/ Todd A. Delcambre*
Todd A. Delcambre
2 Flagg Place, Suite 1
Lafayette, LA 70508
Phone: (337) 236-5500
Email: todddelcambre@lebaslaw.com

*Attorneys for C&L Contracting, Inc.,*
*as Involuntary Plaintiff, and American*
*Interstate Ins. Co.*

5

**von BRIESEN & ROPER, S.C.**

By: */s/ Michael P. Crooks*
Michael P. Crooks
WI State Bar No. 1008918
10 East Doty Street, Suite 900
Madison, WI 53703
Phone: (608) 287-3926
Email: mcrooks@vonbriesen.com

*Attorneys for Anchor Consulting, LLC*

6