IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CARRIE A. LOPEZ MULVANEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRASER SHIPYARDS LLC, *et al.*,<br><br>Defendants | No. 23-cv-789-jdp |
| FRASER SHIPYARDS, LLC, *et al.*,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>C&L CONTRACTING, INC.<br><br>Third-Party Defendant. | |

**THE PARTIES' AGREED MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES**

The Parties respectfully move the Court to modify the Scheduling Order pursuant to Federal Rule of Civil of Procedure 16 and 26. The purpose of the motion is to facilitate an orderly presentation of issues in the case, and not to delay proceedings in this matter. The relief requested will extend the Discovery Deadline from February 2, 2026 to April 17, 2026 and will extend the Dispositive Motion Deadline from December 1, 2025 to January 23, 2026.

In support of their Agreed Motion, the Parties state as follows:

1.      On January 7, 2025, the Court entered a Rule 16 Scheduling Order that set, in relevant part, the following dates and deadlines:

   a.  Dispositive Motions – December 1, 2025

1

    b.   Discovery Cutoff – February 2, 2026

    c.   Rule 26(a)(3) Disclosures and Motions *in limine* – May 15, 2026

    d.   First Final Pretrial Conference – June 10, 2026

    e.   Second Final Pretrial Conference – June 17, 2026

    f.   Trial – June 22, 2026.

ECF 60.

2. As to the Discovery Cutoff date of February 2, 2026, the Scheduling Order provides that "[a]ll discovery in this case must be completed not later than the date set forth above [February 2, 2026], absent written agreement of all parties to some other date." ECF 60, ¶4.

3. The parties stipulate and agree that the Discovery Cutoff Deadline shall be extended and reset to April 17, 2026, and that such modification is appropriate and necessary to complete remaining fact and expert oral discovery.

4. As to the Dispositive Motion deadline, the Scheduling Order provides that the "parties may not modify this schedule without leave of court." Dispositive motions are currently due on December 1, 2025, Responses are due on December 22, 2025, and Replies are due on January 1, 2025. ECF 60.

5. The parties respectfully request that the Court extend the Dispositive Motion deadline from December 1, 2025 to January 23, 2026.

6. The parties have diligently been working to set fact witness depositions but have had difficulty coordinating the depositions due to the location of the witnesses, counsels' trial schedules and availability, difficulty locating and securing cooperation of two former Fraser employees, and a recent serious car accident involving one of C&L's employees, Tylor Georgia, who will need to be deposed in January or February 2026.

2

7.      In particular, Plaintiff and C&L have requested the depositions of former Fraser employees, Foreman Corey Lonetto and General Foreman LeRoy Kolenda.  Both are key witnesses in this case and likely have information and knowledge on Fraser's safety protocols; C&L's work on the *Integrity* project; the incident response, including Mr. Kolenda's observations of Mr. Mulvaney after he fell and Mr. Kolenda came to his aid; and, most importantly, the inspections and decisions regarding placing danger tape over the opening in the guardrail through which Mr. Mulvaney allegedly fell.

8.      Fraser and its counsel have attempted to contact Mr. Kolenda and Mr. Lonetto multiple times in the last 3 months to secure cooperation for the requested depositions but have not received any response.  Fraser has learned that Mr. Kolenda is currently working as a sailing mariner for a global shipping company and is likely no longer based in the Wisconsin area.  Mr. Lonetto, similarly, appears to have had personal difficulties since the incident and also may no longer be in the Superior, Wisconsin area.  Given these witnesses' unresponsiveness, Fraser and/or Plaintiffs will likely need to retain investigators to locate these witnesses and serve them with formal process to obtain their depositions.

9.      In addition to the anticipated depositions of Mr. Kolenda and Mr. Lonetto, the parties have completed or are firmly set on the following fact witness depositions:

| Deponent | Party Affiliation | Role/Title | Date of Deposition | Location |
|---|---|---|---|---|
| Derek Tanula | Fraser | Superintendent | 10-28-25 | Superior, WI |
| Amanda Sayles | Fraser | Safety Manager | 10-29-25 | Superior, WI |
| Carri Lopez-Mulvaney | Plaintiff | Mr. Mulvaney's wife | 11-21-25 | Milwaukee, WI |
| Conner Mulvaney | Plaintiff | Mr. Mulvaney's son | 11-21-25 | Milwaukee, WI |
| Nick Wold | C&L | Owner | 11/10-12/25 | Gillett, WI |

| Charles McDermaid | C&L | Owner | 11/10-12/25 | Gillett, WI |
|---|---|---|---|---|
| Patty Randals | C&L | Safety Coordinator | 11/10-12/25 | Gillett, WI |
| David Dart | C&L | Painter/Laborer | 11/10-12/25 | Gillett, WI |
| Andy Wold | C&L | Painter/Laborer | 11/10-12/25 | Gillett, WI |
| Tyler Georgia | C&L | Painter/Laborer | TBD | Gillett, WI |

10.     The parties anticipate that C&L will be filing for summary judgment on Fraser's, Holcim's, and Andrie's third-party claims.  Holcim, Andrie, and Anchor are also likely to file for summary judgment on Plaintiff's claims.  The deponents listed above, particularly the C&L witnesses, likely will have pertinent testimony for the summary judgment issues. The parties respectfully request that the Court modify the dispositive motion deadline so that the depositions may proceed prior to the summary judgment filings.

11.     Moreover, the parties request an extension of the dispositive motion deadline to accommodate Holcim's and Andrie's counsels' personal and family obligations over the holidays. Currently the briefing schedule provides for opening briefs to be filed the first business day after Thanksgiving, with the 10-day window for Replies falling in between Christmas and New Years. Holcim's and Andrie's counsels have scheduled travel for family obligations the weeks of Thanksgiving and Christmas, as well as prescheduled vacation to Disneyland between Christmas and New Years.  In addition, Holcim's anticipated declarant in support of its summary judgment motion is out on vacation the week of November 24, 2025 through December 1, 2025, thus requires additional time to review and execute the declaration supporting the summary judgment motion.

12.     The parties respectfully submit that good cause exists to move the Dispositive Motion deadline to January 23, 2026 to accommodate the deposition schedule and personal

obligations as set forth above.  Such an extension will not impact the June 22, 2026 trial date or any other deadlines in the case.

13.     The parties have conferred on this motion and the relief sought and agree as to the relief requested, except for Anchor Consulting who does not oppose the relief requested.  This is the Parties' third request to modify the scheduling order but first request to modify the dispositive motion deadline without moving the trial date.  This motion is brought in good faith and not for purposes of undue delay.

WHEREFORE, the Parties jointly and respectfully request that the Court grant their Agreed Motion to Modify the Scheduling Order and Extend Discovery Cutoff and Dispositive Motion Deadlines, and enter an Order reflecting that Discovery Cutoff shall be extended and reset to April 17, 2026 and the Dispositive Motion deadline shall be extended and reset to January 23, 2026, and for all other relief as the Court deems just and proper.

Dated: January 23, 2025                                   Jointly and respectfully submitted,


                                                 **CARRI LOPEZ-MULVANEY and CONNER MULVANEY**

                                                 By: ___*Thomas J. Lonzo*___
                                                 Douglas W. Rose
                                                 Thomas J. Lonzo
                                                         WI State Bar No. 1000826
                                                 **THE ROSE GROUP S.C.**
                                                 1134 N. 9th Street, Suite 220
                                                 Milwaukee, WI 53233
                                                 Phone: (414) 274-1400
                                                 Fax: (844) 273-1311
                                                 Email: tjl@rosegrouplaw.com
                                                         dwr@rosegrouplaw.com

                                                 By: ___/s/ Christopher J. Koppes (w/ consent)___
                                                 Christopher J. Koppes
                                                         WI State Bar No. 1072178

5

**BENDER, LARSON, CHIDLEY, KOPPES, HETFIELD & ASSOCIATES S.C.**
138 Hospital Drive, Suite 100
Watertown, WI 53098
Phone: (920) 261-7626
Fax: (920) 261-1249
Email: ckoppes@blcklaw.com

*Attorneys for Plaintiffs*

**FRASER SHIPYARDS, LLC, ANDRIE LLC, HOLCIM (US) INC., and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

By: /s/ Dawn L. Johnson
Siobhan Murphy
Michael J. Roman
 IL Bar 6324572
Dawn L. Johnson
Vincent P. Tomkiewicz
 WI State Bar No. 1012778
**CLYDE & CO US LLP**
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
Phone: (312) 635-7000
Email: Siobhan.murphy@clydeco.us
 Michael.roman@clydeco.us
 Dawn.johnson@clydeco.us
 Vincent.tomkieqicz@clydeco.us

James H. Rodgers (*pro hac vice*)
Clyde & Co US LLP
The Chrysler Building
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: James.Rodgers@clydeco.us

*Attorneys for Defendants/Third-Party Plaintiffs*

**C&L CONTRACTING, INC.**

By:  /s/ William E. Keeler III (w/ consent)
Jeffrey T. Nichols

6

WI State Bar No. 1001631
Willaim E. Keeler III
WI State Bar No. 1059791
Samuel Peter Aschliman
**CRIVELLO, NICHOLS & HALL S.C.**
WI State Bar No. 1122109
701 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53202
Phone: (414) 271-7722
Email: jnichols@crivellolaw.com
       wkeeler@crivellolaw.com
       saschliman@crivellolaw.com


By: ___/s/ Kurt R. Anderson_____
Kurt R. Anderson
WI State Bar No. 1021046
**ZIMMERMAN & STEBER LEGAL GROUP**
385 Williamstowne, Suite 207
Delafield, WI 53018
Phone: (262) 646-4850
Email: kanderson@zslegal.com

*Attorneys for C&L Contracting, Inc.*


**AMERICAN INTERSTATE INSURANCE CO.**


By: ___Todd Delcambre_____
Todd A. Delcambre
**Lebas Law Offices A PLC**
2 Flagg Place, Suite 1
Lafayette, LA 70508
Ph: 337-236-5000
Email: todddelcambre@lebaslaw.com

7